IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | |
|---|---|
| AECOM Management Services, Inc.    )<br>                                                          )<br>             Plaintiff,                              )<br>                                                          )<br>       v.                                               )<br>                                                          )<br>UNITED STATES,                            )<br>                                                          )<br>             Defendant.                         )<br>_____) | Case No. 1:19-cv-01176<br><br>Judge Loren Smith |

## VECTRUS SYSTEMS CORPORATION'S MOTION TO INTERVENE

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), Vectrus Systems Corporation ("Vectrus") respectfully moves to intervene in the above-captioned case. Vectrus seeks to intervene to protect its rights as the awardee of two of the contracts challenged by AECOM Management Services, Inc. ("AECOM") in this bid protest. Vectrus has conferred with counsel for Plaintiff and Defendant, and neither opposes this motion.

Under Rule 24(a)(2), Vectrus is entitled to intervene as a matter of right because, as one of the awardees, it has an interest relating to the subject matter of this action and is "so situated that disposing of the action may as a practical matter impair or impede its ability to protect its interest . . . ." RCFC 24(a)(2). This rule provides for "intervention of right" upon timely application to the Court when the party seeking to intervene:

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

RCFC 24(a)(2); *see also Northrop Grumman Info. Tech., Inc. v. United States*, 74 Fed. Cl. 407, 413 (2006).

Vectrus meets the Rule 24(a)(2) test.  As one of the awardees, Vectrus has a direct and immediate interest in the litigation, as its economic well-being will be affected by the Court's resolution of this bid protest.  If the Court were to rule in favor of Plaintiff, Vectrus' interests would be affected because a re-evaluation or a new best-value determination may affect the award result.

Furthermore, although Defendant and Vectrus both share an interest in demonstrating that Defendant's evaluation and the resulting award decisions were proper, only Vectrus can adequately protect its interests in ensuring that any action taken does not adversely affect Vectrus' right to the contract.

"The United States Court of Appeals for the Federal Circuit has advised that 'the requirements for intervention are to be construed in favor of intervention.'"  *Bannum, Inc. v. United States*, 96 Fed. Cl. 364, 378 (2010) (quoting *Am. Mar. Transp., Inc. v. United States*, 870 F.2d 1559, 1561 (Fed. Cir. 1989)).  This is especially true here where Plaintiff seeks to overturn Defendant's determination that Vectrus' proposal offered the best value and threatens to deprive Vectrus of a properly awarded contract.

## **CONCLUSION**

Accordingly, Vectrus meets the requirements of RCFC 24(a)(2) and respectfully requests that the Court grant its motion to intervene as of right.

Dated: August 13, 2019 Respectfully submitted,

By: /s/ Kevin P. Mullen
Kevin P. Mullen
J. Alex Ward
James A. Tucker
Sandeep N. Nandivada
R. Locke Bell
Lauren J. Horneffer
Caitlin A. Crujido
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888
Email:  KMullen@mofo.com
Telephone:  (202) 887-1560
Facsimile:   (202) 785-7573
*Counsel for Vectrus Systems Corporation*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this <u>VECTUS SYSTEMS CORPORATION'S MOTION TO INTERVENE</u> was served this day on all parties via the Court's electronic case filing system.

August 13, 2019                                                      <u>/s/ Kevin P. Mullen</u>
                                                                           *Counsel of Record*